UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 10-cr-07-01-JD

<u>Javier Diaz</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted; Trial is continued to the two-week period beginning April 20, 2010, 9:30 AM.

  Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                <u>**/s/ Joseph A. DiClerico, Jr.**</u>
                Joseph A. DiClerico, Jr.
                United States District Judge

Date: March 2, 2010


cc: Douglas Miller, Esq.
   Michael Zaino, Esq.
   U.S. Marshal
   U.S. Probation