UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Criminal No. 10-cr-7-01-JD

Javier Diaz

O R D E R

The assented to motion to reschedule jury trial (document no. 23) filed by defendant is granted; Trial is continued to the two-week period beginning June 2, 2010, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date:  April 13, 2010

cc:   Douglas Miller, Esq.
      Michael Zaino, Esq.
      U.S. Marshal
      U.S. Probation