```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                          Criminal No. 10-cr-7-01-JD

<u>Javier Diaz</u>

<u>O R D E R</u>

The assented to motion to continue jury trial (document no. 26) filed by the defendant is granted; Trial is continued to the two-week period beginning July 20, 2010, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: May 25, 2010

cc:  Douglas Miller, Esq.
     Michael Zaino, Esq.
     U.S. Marshal
     U.S. Probation